**MANDATE**

D.Conn /NHCT
01-cr-210
Squatrito, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 17th day of November, two thousand and four,

Present:
        Hon. Jon O. Newman,
        Hon. Joseph M. McLaughlin,
        Hon. Rosemary S. Pooler,
                *Circuit Judges.*

United States of America,

                Appellee,

v.                                                                    02-1602-cr

Juan Santos, also known as Andre Pierre Louis

                Defendant-Appellant.

(FILED NOV 17 2004 — United States Court of Appeals, Second Circuit)

Jeffrey Kestenband, counsel for Appellant, moves to be relieved as counsel pursuant to Anders v. California, 386 U.S. 738 (1967), and the Government moves for summary affirmance. Upon due consideration, we have concluded that the appeal presents no non-frivolous issues based on Appellant's conviction and sentence. In accordance with United States v. Mincey, 380 F.3d 102 (2d Cir. 2004), our conclusion that Appellant's sentence presents no non-frivolous issues is based on an application of the Federal Sentencing Guidelines, which "continue fully to apply," id. at *3, notwithstanding the Supreme Court's decision in Blakely v. Washington, 124 S.Ct. 2531 (2004). Nonetheless, as we did in Mincey, we will withhold the mandate in this case pending the Supreme Court's decisions in United States v. Booker, No. 04-104, 125 S.Ct. 11 (cert. granted Aug. 2, 2004) and United States v. Fanfan, No. 04-105, 125 S.Ct. 12, (cert. granted Aug. 2, 2004).

        Therefore, we grant the Government's motion for summary affirmance and the

ISSUED AS MANDATE:
JUL 27 2005

Anders motion, except to the extent that present counsel for Appellant is ORDERED to file, within 14 days of the entry of the Supreme Court's decision in Booker and Fanfan, a letter stating whether Booker and Fanfan raise any non-frivolous issues with respect to this appeal. Should any party believe there is a need for the district court to exercise jurisdiction prior to the Supreme Court's decision, it may file a motion seeking issuance of the mandate in whole or in part. Although any petition for rehearing should be filed in the normal course pursuant to Rule 40 of the Federal Rules of Appellate Procedure, the Court will not reconsider those portions of its order that address Appellant's sentence until after the Supreme Court's decision in Booker and Fanfan. In that regard, the parties will have until 14 days following the entry of the Supreme Court's decision to file supplemental petitions for rehearing in light of Booker and Fanfan.

Upon due consideration, it is ORDERED that Kestenband's Anders motion and the Government's motion for summary affirmance are granted.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

SAOCG

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
       DEPUTY CLERK